

**NUMBER 13-16-00439-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**FABIAN IGNACIO FAZ FLORES,**                                          **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                          **Appellee.**

---

### On appeal from the 93rd District Court
### of Hidalgo County, Texas.

---

# ORDER

### Before Chief Justice Valdez and Justices Contreras and Benavides
### Order Per Curiam

This cause is currently before the Court on appellant's motion to abate deadlines for filing the brief until thirty days after a complete and correct appellate record is filed. The clerk's record was filed on October 25, 2016. The reporter's record consisting of seventeen volumes was filed on March 20, 2017 and appellant's brief was originally due

to be filed thirty days thereafter.   *See* TEX. R. APP. P. 38.6(a).   The trial court issued an order substituting retained counsel for appellant on April 3, 2017.   Appellant has requested and this Court has granted appellant five extensions of time to file the brief. On December 12, 2017, we ordered counsel to file the brief on or before January 2, 2018 and notified counsel that no further extensions would be granted absent exigent circumstances.

Counsel has now filed a motion to abate the deadlines for filing appellant's brief until a corrected reporter's record is filed and a corrected clerk's record is filed.   According to the motion, counsel is unable to cut and paste portions of the reporter's record because "something is wrong with the format settings used to make each pdf volume of the reporter's record."   Counsel states the clerk's record is deficient because it does not contain sequential page numbers.   Counsel requests this Court to order the court reporter and trial court clerk to file corrected records.

Our review of the reporter's record indicates that the record is in pdf format and is in compliance with the Rules of Appellate Procedure 34.6 and 35 and the Uniform Format Manual for Texas Reporters' Records.   Our review of the clerk's record filed on October 25, 2016 indicates that page numbering is missing; however, this defect was remedied when a corrected clerk's record containing page numbers was filed on January 9, 2018. The appellate record is now complete and properly filed.   Accordingly, we DENY appellant's request to order the court reporter and trial court clerk to file corrected records. We similarly DENY Counsel's motion to abate all deadlines for filing the opening brief until thirty days after the corrected records are filed.

We are cognizant that the appellate record for this appeal is voluminous and that counsel indicates he is having difficulty in utilizing portions of the reporter's record for purposes of preparing the brief. The Court, having fully examined and considered appellant's motion and the extensions previously granted in this cause, is of the opinion that, in the interest of justice, the appellant's deadline to file the brief in this case should be extended one final time. Accordingly, the Honorable Joseph A. Connors III is ORDERED to file the brief on or before February 26, 2018.

Under these circumstances and in order to effectuate the proper and complete presentation of this appeal to the Court, we ABATE this appeal and remove it from the Court's active docket. The appeal will be reinstated when the appellant's brief has been properly and duly filed.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
22nd day of January, 2018.